JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY LICENSING, INC., and CARROLL HALL SHELBY TRUST,<br><br>           Plaintiffs,<br><br>    v.<br><br>DENICE SHAKARIAN HALICKI, ELEANOR LICENSING, LLC, and GONE IN 60 SECONDS MOTORSPORTS, LLC,<br><br>           Defendants. | Case No. 8:20-cv-01344-MCS-DFM<br><br>**JUDGMENT** |
| DENICE SHAKARIAN HALICKI, ELEANOR LICENSING, LLC, and GONE IN 60 SECONDS MOTORSPORTS, LLC,<br><br>           Counterclaimants,<br><br>    v.<br><br>CARROLL SHELBY LICENSING, INC., CARROLL HALL SHELBY TRUST, CLASSIC RECREATIONS, LLC, JASON ENGEL, TONY ENGEL, and SPEEDKORE PERFORMANCE GROUP, LLC,<br><br>           Counterclaim Defendants. | |

Pursuant to the Court's orders and bench verdict, it is ordered, adjudged, and decreed:

On all claims by Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust, judgment is entered in favor of Denice Shakarian Halicki, Eleanor Licensing, LLC, and Gone in 60 Second Motorsports, LLC, and against Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust. The claim for declaratory relief is dismissed without prejudice, and the other claims are dismissed with prejudice.

On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Speedkore Performance Group, LLC, judgment is entered without prejudice for lack of personal jurisdiction.

On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust, judgment is entered in favor of the counterclaim defendants and against the counterclaimants. On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Classic Recreations, LLC, Jason Engel, and Tony Engel, judgment is entered in favor of the counterclaim defendants and against the counterclaimants. The counterclaim for declaratory relief is dismissed without prejudice, and the other counterclaims are dismissed with prejudice.

No one shall take anything from this action.

**IT IS SO ORDERED.**

Dated: October 31, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE