**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
|---|
| After recording, return to:<br>Irene Y. Lee SBN 213625 / Nathan D. Meyer, SBN 239850<br>RUSS, AUGUST & KABAT LLP<br>12424 Wilshire Blvd., 12th Fl.<br>Los Angeles, CA 90025<br><br>TEL NO.: 310-826-7474     FAX NO. (optional): 310-979-8268<br>E-MAIL ADDRESS *(Optional)*: ilee@raklaw.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

**UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: First Street U.S. Courthouse-Western Division

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: Carroll Shelby Licensing, Inc. and Carroll Hall Shelby Trust
DEFENDANT: Denice Shakarian Halicki; Eleanor Licensing, LLC; et al.

CASE NUMBER: 8:20-cv-01344-MCS-DFM

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction **of Oct. 21, 2025 fee award**
      (1) [X] Judgment is satisfied in full **as to that award only**.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:*
   Carroll Hall Shelby Licensing, Inc. and Carroll Hall Shelby Trust

3. Full name and address of assignee of record, if any:
   n/a

4. Full name and address of judgment debtor being fully or partially released:*
   Denice Shakarian Halicki, Eleanor Licensing, LLC and Gone in 60 Seconds Motorsports, LLC

5. a. Judgment entered on *(date)*: October 21, 2025
   b. [ ] Renewal entered on *(date)*:

6. [ ] An  [ ] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: January 9, 2026

*(signature)*

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250