**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY LICENSING, INC., and CARROLL HALL SHELBY TRUST,<br><br>            Plaintiffs,<br><br>    v.<br><br>DENICE SHAKARIAN HALICKI, ELEANOR LICENSING, LLC, and GONE IN 60 SECONDS MOTORSPORTS, LLC,<br>            Defendants. | Case No. 8:20-cv-01344-MCS-DFM<br><br>**AMENDED JUDGMENT** |
| DENICE SHAKARIAN HALICKI, ELEANOR LICENSING, LLC, and GONE IN 60 SECONDS MOTORSPORTS, LLC,<br>            Counterclaimants,<br><br>    v.<br><br>CARROLL SHELBY LICENSING, INC., CARROLL HALL SHELBY TRUST, CLASSIC RECREATIONS, LLC, JASON ENGEL, TONY ENGEL, and SPEEDKORE PERFORMANCE GROUP, LLC,<br>            Counterclaim Defendants. | |

1

It is ordered, adjudged, and decreed:

On the eighth claim for declaratory relief by Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust against Denice Shakarian Halicki, Eleanor Licensing, LLC, and Gone in 60 Second Motorsports, LLC, the Court declares that the Shelby GT500CR and Shelby GT500CR Carbon do not infringe on any rights of Denice Shakarian Halicki, Eleanor Licensing, LLC, or Gone in 60 Seconds Motorsports, LLC, including, without limitation, contract, copyright, trademark, and trade dress rights.

On all other claims by Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust, judgment is entered in favor of Halicki, Eleanor Licensing, and Gone in 60 Second Motorsports, and against Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust. The claims are dismissed with prejudice.

On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Speedkore Performance Group, LLC, judgment is entered without prejudice for lack of personal jurisdiction.

On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Carroll Shelby Licensing, Inc., and Carroll Hall Shelby Trust, judgment is entered in favor of the counterclaim defendants and against the counterclaimants. On all counterclaims by Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports against Classic Recreations, LLC, Jason Engel, and Tony Engel, judgment is entered in favor of the counterclaim defendants and against the counterclaimants. The counterclaim for declaratory relief is dismissed without prejudice, and the other counterclaims are dismissed with prejudice.

Classic Recreations, Jason Engel, and Tony Engel shall recover from Halicki, Eleanor Licensing, and Gone in 60 Seconds Motorsports $1,370,156.95 in attorney's

/ / /

/ / /

fees, on which postjudgment interest shall accrue from the date of this amended judgment pursuant to 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

 Dated: April 23, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

3